IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIDDLESEX WATER COMPANY,** | : | CIVIL ACTION NO. 3:21-CV-1981 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA PUBLIC UTILITY COMMISSION,** | : | |
| | : | |
| Defendant | : | |
| | : | |
| and | : | |
| | : | |
| **AQUA PENNSYLVANIA, INC.,** | : | |
| | : | |
| Intervenor-Defendant | : | |

## **ORDER**

AND NOW, this 16th day of December, 2021, upon consideration of the motion (Doc. 5) for preliminary injunctive relief by plaintiff Middlesex Water Company ("Middlesex"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The opposition briefs (Docs. 37, 38) by defendant Pennsylvania Public Utility Commission and intervenor-defendant Aqua Pennsylvania, Inc., are CONSTRUED as motions to dismiss and GRANTED as so construed.

2. Middlesex's complaint (Doc. 1) is DISMISSED and its motion (Doc. 5) for preliminary injunction is DENIED as moot.

3.     The Clerk of Court is DIRECTED to close this case.

                                                  /S/ CHRISTOPHER C. CONNER
                                                  Christopher C. Conner
                                                  United States District Judge
                                                  Middle District of Pennsylvania